**GEORGE A. O'TOOLE, JR.**
**DISTRICT JUDGE**

October 20, 2006

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Amended Calendar Year 2005 Report

Dear Judge Smith:

In response to your letter of July 18, 2006, I am submitting an original and three copies of an amended financial disclosure report for calendar year 2005.

The amendments are as follows: I have added a statement to Part VIII certifying that all the assets held in the trust referred to in Part I have been reported in Part VII, and I have added the statement "None" in the appropriate income box for the assets reported at lines 71, 96, and 97.

I trust this response satisfies your inquiry. If there is additional information that you require, please let me know.

Very truly yours,

George A. O'Toole, Jr.

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  O'Toole, George A | 2. Court or Organization  U.S.District Court | 3. Date of Report  10/20/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☒ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  United States Courthouse  1 Courthouse Way, Room 4-710  Boston, Mass. 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 OCT 26 A 10: 49 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Enterprise Bank, Lowell, MA (director's fees) |
| 2. 2005 | Raytheon Company (employment) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | Transportation, lodging and meals; Annual Dinner in Honor of Federal Judiciary, March 18-19,2004, New York, New York |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa, Inc. common | A | Dividend | | | Sell | 4/21 | J | B | |
| 2. American International Group common | A | Dividend | | | Sell | 4/5 | K | | |
| 3. Same | A | Dividend | | | Sell | 4/5 | J | | |
| 4. Same | A | Dividend | | | Sell | 4/5 | J | | |
| 5. Apache Corp. common | A | Dividend | J | T | Buy | 4/21 | J | | |
| 6. Avery Dennison common | A | Dividend | J | T | | | | | |
| 7. Same | A | Dividend | J | T | | | | | |
| 8. Bank of America common | B | Dividend | L | T | Sell | 4/21 | J | D | |
| 9. Same | | | | | Sell | 9/20 | J | D | |
| 10. Bank of America; various deposit accounts | A | Interest | K | T | | | | | See note 1, Part VIII. |
| 11. BP PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 12. Choicepoint, Inc. common | | None | | | Sell | 2/22 | J | | |
| 13. Cintas Corp. common | A | Dividend | J | T | | | | | |
| 14. Cisco Systems, Inc. common | | None | J | T | | | | | |
| 15. Same | | None | | | Sell | 7/6 | J | | |
| 16. Same | | None | | | Sell | 7/6 | J | | |
| 17. Citigroup, Inc. common | A | Dividend | | | Sell | 7/6 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Same | A | Dividend | | | Sell | 7/6 | J | | |
| 19. Constellation Brands Cl A | | None | J | T | | | | | |
| 20. CVS Corp. common | A | Dividend | K | T | | | | | |
| 21. Same | A | Dividend | K | T | | | | | |
| 22. Same | A | Dividend | J | T | | | | | |
| 23. Dentsply Int common | A | Dividend | J | T | Buy | 4/21 | J | | |
| 24. Dreyfus Inst Cash Adv Fund | A | Interest | K | T | | | | | See note 2, Part VIII. |
| 25. Same | A | Interest | J | T | | | | | See note 2, Part VIII. |
| 26. Dreyfus Tax Exempt Cash Mgmt | A | Interest | K | T | | | | | See note 2, Part VIII. |
| 27. Enterprise Bank & Trust Co. common | | None | L | T | | | | | |
| 28. Same | | None | L | T | Fee | var | J | | |
| 29. Equitable Resources, Inc. common | A | Dividend | J | T | | | | | |
| 30. Equity Residential SBI | A | Dividend | J | T | | | | | |
| 31. Same | A | Dividend | J | T | | | | | |
| 32. Same | A | Dividend | J | T | | | | | |
| 33. Exxon Mobil common | A | Dividend | J | T | | | | | |
| 34. First Data Corp. common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fiserv Inc. common | | None | J | T | Buy | 4/21 | J | | |
| 36. Fortune Brands common | A | Dividend | J | T | | | | | |
| 37. Same | A | Dividend | J | T | | | | | |
| 38. Same | A | Dividend | J | T | | | | | |
| 39. General Electric Co. common | A | Dividend | J | T | | | | | |
| 40. Same | A | Dividend | J | T | | | | | |
| 41. Harbor Small Cap Value Fund | A | Dividend | J | T | Buy | 4/21 | J | | |
| 42. Same | A | Dividend | J | T | Buy | 4/21 | J | | |
| 43. Home Depot, Inc. common | A | Dividend | J | T | | | | | |
| 44. IBM common | A | Dividend | J | T | | | | | |
| 45. Same | A | Dividend | | | Sell | 4/21 | J | | |
| 46. Same | A | Dividend | | | Sell | 4/21 | J | | |
| 47. iShares Lehman 7-10 yr. Treas. Bond Fund | A | Dividend | J | T | | | | | |
| 48. iShares Lehman 1-3 yr Treas. Bond Fund | A | Dividend | K | T | Buy | 4/21 | J | | |
| 49. iShares Nasdaq Biotech Fund | | None | J | T | | | | | |
| 50. Same | | None | J | T | | | | | |
| 51. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares TIPS Fund | A | Dividend | J | T | | | | | |
| 53. John Hancock Financial Services common | A | Dividend | K | T | | | | | |
| 54. Johnson & Johnson common | A | Dividend | K | T | Sell | 7/6 | J | C | |
| 55. Same | A | Dividend | | | Sell | 4/21 | J | B | |
| 56. Same | A | Dividend | | | Sell | 4/21 | J | B | |
| 57. Same | A | Dividend | J | T | | | | | |
| 58. Same | A | Dividend | J | T | | | | | |
| 59. Marshall Prime Money Market fund | A | Interest | J | T | | | | | See note 3, Part VIII. |
| 60. Same | A | Interest | K | T | | | | | See note 3, Part VIII. |
| 61. MA St Const Ln Series B 5.0% due 6/1/07 | B | Interest | K | T | | | | | |
| 62. MA St. Health & Educ. 4.2%, due 10/01/2009 | B | Interest | K | T | | | | | |
| 63. Ma St. Wtr Poll Abatement 4.2% due 8/01/2010 | B | Interest | K | T | | | | | |
| 64. Ma St. Wtr Poll Abate 3.0% due 8/1/2010 | B | Interest | | | Sell | 9/20 | K | | |
| 65. MA Rt 3 North Trans Impt 4/5% due 6/15/06 | B | Interest | | | Sell | 9/20 | K | A | |
| 66. Medtronic Inc. common | A | Dividend | J | T | | | | | |
| 67. Microsoft common | A | Dividend | J | T | Buy | 4/21 | J | | |
| 68. Same | A | Dividend | J | T | Buy | 4/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nokia Corp. common | A | Dividend | | | Sell | 8/12 | J | | |
| 70. Same | A | Dividend | | | Sell | 8/12 | J | | |
| 71. Novartis AG Spnsrd | | None | J | T | Buy | 10/24 | J | | |
| 72. Oakmark Int Fund Cl 1 | A | Dividend | J | T | Buy | 4/21 | J | | |
| 73. Same | A | Dividend | J | T | Buy | 4/21 | J | | |
| 74. Pepsico common | A | Dividend | J | T | | | | | |
| 75. Pfizer, Inc. common | A | Dividend | | | Sell | 4/21 | J | | |
| 76. Same | A | Dividend | | | Sell | 10/24 | J | | |
| 77. Same | A | Dividend | | | Sell | 10/24 | J | | |
| 78. Praxair, Inc. common | A | Dividend | J | T | Buy | 4/21 | J | | |
| 79. Same | A | Dividend | J | T | Buy | 4/21 | J | | |
| 80. Procter & Gamble Co. common | A | Dividend | K | T | | | | | |
| 81. Same | A | Dividend | K | T | | | | | |
| 82. ProLogis SBI | A | Dividend | J | T | | | | | |
| 83. Same | A | Dividend | J | T | | | | | |
| 84. Regency Centers Corp. common | A | Dividend | J | T | | | | | |
| 85. Royal Dutch Petroleum Co. NY reg shrs | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Scudder Tax Exempt Cash Inst Shares | A | Dividend | | | | | | | See note 2, Part VIII. |
| 87. Scudder Money Mkt Inst'l Shares | A | Dividend | | | | | | | " |
| 88. Same | A | Dividend | | | | | | | " |
| 89. Same | A | Dividend | | | | | | | " |
| 90. Same | A | Dividend | | | | | | | " |
| 91. Simon Property Group common | A | Dividend | K | T | | | | | |
| 92. Same | A | Dividend | L | T | | | | | |
| 93. Same | A | Dividend | J | T | | | | | |
| 94. State Street Corp. common | A | Dividend | J | T | | | | | |
| 95. State St. Bank & Trust Federated US Govt. Oblg #5 | A | Interest | | | | | | | See note 3, Part VIII. |
| 96. Stericycle, Inc. common | | None | J | T | Buy | 4/21 | J | | |
| 97. Same | | None | J | T | Buy | 4/21 | J | | |
| 98. Symantec Corp. common | | None | J | T | Merger | 7/8 | J | | See note 4, Part VIII. |
| 99. Town of Carlisle MA Bond 5.00% due 6/15/08 | B | Interest | K | T | | | | | |
| 100. Veritas Software, Inc. common | | None | | | Sell | 4/21 | J | | |
| 101. Same | | None | | | Merger | | | | See line 98. |
| 102. Verizon Communications common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vodafone Group PLC common | A | Dividend | J | T | | | | | |
| 104. Same | A | Dividend | J | T | | | | | |
| 105. Wells Fargo & Co. common | A | Dividend | K | T | | | | | |
| 106. Same | A | Dividend | K | T | | | | | |
| 107. Same | A | Dividend | J | T | | | | | |
| 108. Zimmer Holdings, Inc. common | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. The Bank of America deposit accounts are the same accounts previously reported as Fleet Bank accounts. Bank of America is the successor by merger to Fleet.

2. On or about 6/1/2006, funds previously invested in Scudder money market funds (and reported in previous years) were transferred into Dreyfus funds. All the funds are cash equivalent funds.

3. Similarly, the funds previously invested in the State Street Bank & Trust Federated US Government Obligations Fund were transferred into the Marshall Prime Money Market fund. Again, all are cash equivalents.

4. On or about July 8, 2005, Veritas Software Corp. (previously reported) merged into Symantec Corp. The value of the investment was unchanged.

5. All of the assets held in the trust identified in Part I are individually listed in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 10/20/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date _October 20, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Toole, George A | 2. Court or Organization<br><br>U.S.District Court | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>1 Courthouse Way, Room 4-710<br>Boston, Mass. 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | -Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Enterprise Bank, Lowell, MA (director's fees) |
| 2. 2005 | Raytheon Company (employment) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | Transportation, lodging and meals; Annual Dinner in Honor of Federal Judiciary, March 18-19, 2004, New York, New York |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa, Inc. common | A | Dividend | | | Sell | 4/21 | J | B | |
| 2. American International Group common | A | Dividend | | | Sell | 4/5 | K | | |
| 3. Same | A | Dividend | | | Sell | 4/5 | J | | |
| 4. Same | A | Dividend | | | Sell | 4/5 | J | | |
| 5. Apache Corp. common | A | Dividend | J | T | Buy | 4/21 | J | | |
| 6. Avery Dennison common | A | Dividend | J | T | | | | | |
| 7. Same | A | Dividend | J | T | | | | | |
| 8. Bank of America common | B | Dividend | L | T | Sell | 4/21 | J | D | |
| 9. Same | | | | | Sell | 9/20 | J | D | |
| 10. Bank of America; various deposit accounts | A | Interest | K | T | | | | | See note I, Part VIII. |
| 11. BP PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 12. Choicepoint, Inc. common | | None | | | Sell | 2/22 | J | | |
| 13. Cintas Corp. common | A | Dividend | J | T | | | | | |
| 14. Cisco Systems, Inc. common | | None | J | T | | | | | |
| 15. Same | | None | | | Sell | 7/6 | J | | |
| 16. Same | | None | | | Sell | 7/6 | J | | |
| 17. Citigroup, Inc. common | A | Dividend | | | Sell | 7/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Same | A | Dividend | | | Sell | 7/6 | J | | |
| 19. Constellation Brands Cl A | | None | J | T | | | | | |
| 20. CVS Corp. common | A | Dividend | K | T | | | | | |
| 21. Same | A | Dividend | K | T | | | | | |
| 22. Same | A | Dividend | J | T | | | | | |
| 23. Dentsply Int common | A | Dividend | J | T | Buy | 4/21 | J | | |
| 24. Dreyfus Inst Cash Adv Fund | A | Interest | K | T | | | | | See note 2, Part VIII. |
| 25. Same | A | Interest | J | T | | | | | See note 2, Part VIII. |
| 26. Dreyfus Tax Exempt Cash Mgmt | A | Interest | K | T | | | | | See note 2, Part VIII. |
| 27. Enterprise Bank & Trust Co. common | | None | L | T | | | | | |
| 28. Same | | None | L | T | Fee | var | J | | |
| 29. Equitable Resources, Inc. common | A | Dividend | J | T | | | | | |
| 30. Equity Residential SBI | A | Dividend | J | T | | | | | |
| 31. Same | A | Dividend | J | T | | | | | |
| 32. Same | A | Dividend | J | T | | | | | |
| 33. Exxon Mobil common | A | Dividend | J | T | | | | | |
| 34. First Data Corp. common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fiserv Inc. common | | None | J | T | Buy | 4/21 | J | | |
| 36. Fortune Brands common | A | Dividend | J | T | | | | | |
| 37. Same | A | Dividend | J | T | | | | | |
| 38. Same | A | Dividend | J | T | | | | | |
| 39. General Electric Co. common | A | Dividend | J | T | | | | | |
| 40. Same | A | Dividend | J | T | | | | | |
| 41. Harbor Small Cap Value Fund | A | Dividend | J | T | Buy | 4/21 | J | | |
| 42. Same | A | Dividend | J | T | Buy | 4/21 | J | | |
| 43. Home Depot, Inc. common | A | Dividend | J | T | | | | | |
| 44. IBM common | A | Dividend | J | T | | | | | |
| 45. Same | A | Dividend | | | Sell | 4/21 | J | | |
| 46. Same | A | Dividend | | | Sell | 4/21 | J | | |
| 47. iShares Lehman 7-10 yr. Treas. Bond Fund | A | Dividend | J | T | | | | | |
| 48. iShares Lehman 1-3 yr Treas. Bond Fund | A | Dividend | K | T | Buy | 4/21 | J | | |
| 49. iShares Nasdaq Biotech Fund | | None | J | T | | | | | |
| 50. Same | | None | J | T | | | | | |
| 51. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date<br>Month - Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52. iShares TIPS Fund | A | Dividend | J | T | | | | | |
| 53. John Hancock Financial Services common | A | Dividend | K | T | | | | | |
| 54. Johnson & Johnson common | A | Dividend | K | T | Sell | 7/6 | J | C | |
| 55. Same | A | Dividend | | | Sell | 4/21 | J | B | |
| 56. Same | A | Dividend | | | Sell | 4/21 | J | B | |
| 57. Same | A | Dividend | J | T | | | | | |
| 58. Same | A | Dividend | J | T | | | | | |
| 59. Marshall Prime Money Market fund | A | Interest | J | T | | | | | See note 3, Part VIII. |
| 60. Same | A | Interest | K | T | | | | | See note 3, Part VIII. |
| 61. MA St Const Ln Series B 5.0% due 6/1/07 | B | Interest | K | T | | | | | |
| 62. MA St. Health & Educ. 4.2%, due 10/01/2009 | B | Interest | K | T | | | | | |
| 63. Ma St. Wtr Poll Abatement 4.2% due 8/01/2010 | B | Interest | K | T | | | | | |
| 64. Ma St. Wtr Poll Abate 3.0% due 8/1/2010 | B | Interest | | | Sell | 9/20 | K | | |
| 65. MA Rt 3 North Trans Impt 4/5% due 6/15/06 | B | Interest | | | Sell | 9/20 | K | A | |
| 66. Medtronic Inc. common | A | Dividend | J | T | | | | | |
| 67. Microsoft common | A | Dividend | J | T | Buy | 4/21 | J | | |
| 68. Same | A | Dividend | J | T | Buy | 4/21 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Nokia Corp. common | A | Dividend | | | Sell | 8/12 | J | | |
| 70. Same | A | Dividend | | | Sell | 8/12 | J | | |
| 71. Novartis AG Spnsrd | | | J | T | Buy | 10/24 | J | | |
| 72. Oakmark Int Fund Cl I | A | Dividend | J | T | Buy | 4/21 | J | | |
| 73. Same | A | Dividend | J | T | Buy | 4/21 | J | | |
| 74. Pepsico common | A | Dividend | J | T | | | | | |
| 75. Pfizer, Inc. common | A | Dividend | | | Sell | 4/21 | J | | |
| 76. Same | A | Dividend | | | Sell | 10/24 | J | | |
| 77. Same | A | Dividend | | | Sell | 10/24 | J | | |
| 78. Praxair, Inc. common | A | Dividend | J | T | Buy | 4/21 | J | | |
| 79. Same | A | Dividend | J | T | Buy | 4/21 | J | | |
| 80. Procter & Gamble Co. common | A | Dividend | K | T | | | | | |
| 81. Same | A | Dividend | K | T | | | | | |
| 82. ProLogis SBI | A | Dividend | J | T | | | | | |
| 83. Same | A | Dividend | J | T | | | | | |
| 84. Regency Centers Corp. common | A | Dividend | J | T | | | | | |
| 85. Royal Dutch Petroleum Co. NY reg shrs | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Scudder Tax Exempt Cash Inst Shares | A | Dividend | | | | | | | See note 2, Part VIII. |
| 87. Scudder Money Mkt Inst'l Shares | A | Dividend | | | | | | | " |
| 88. Same | A | Dividend | | | | | | | " |
| 89. Same | A | Dividend | | | | | | | " |
| 90. Same | A | Dividend | | | | | | | " |
| 91. Simon Property Group common | A | Dividend | K | T | | | | | |
| 92. Same | A | Dividend | L | T | | | | | |
| 93. Same | A | Dividend | J | T | | | | | |
| 94. State Street Corp. common | A | Dividend | J | T | | | | | |
| 95. State St. Bank & Trust Federated US Govt. Oblg #5 | A | Interest | | | | | | | See note 3, Part VIII. |
| 96. Stericycle, Inc. common | | | J | T | Buy | 4/21 | J | | |
| 97. Same | | | J | T | Buy | 4/21 | J | | |
| 98. Symantec Corp. common | | None | J | T | Merger | 7/8 | J | | See note 4, Part VIII. |
| 99. Town of Carlisle MA Bond 5.00% due 6/15/08 | B | Interest | K | T | | | | | |
| 100. Veritas Software, Inc. common | | None | | | Sell | 4/21 | J | | |
| 101. Same | | None | | | Merger | | | | See line 98. |
| 102. Verizon Communications common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Vodafone Group PLC common | A | Dividend | J | T | | | | | |
| 104. Same | A | Dividend | J | T | | | | | |
| 105. Wells Fargo & Co. common | A | Dividend | K | T | | | | | |
| 106. Same | A | Dividend | K | T | | | | | |
| 107. Same | A | Dividend | J | T | | | | | |
| 108. Zimmer Holdings, Inc. common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. The Bank of America deposit accounts are the same accounts previously reported as Fleet Bank accounts. Bank of America is the successor by merger to Fleet.

2. On or about 6/1/2006, funds previously invested in Scudder money market funds (and reported in previous years) were transferred into Dreyfus funds. All the funds are cash equivalent funds.

3. Similarly, the funds previously invested in the State Street Bank & Trust Federated US Government Obligations Fund were transferred into the Marshall Prime Money Market fund. Again, all are cash equivalents.

4. On or about July 8, 2005, Veritas Software Corp. (previously reported) merged into Symantec Corp. The value of the investment was unchanged.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date___ May 15, 2006___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544